

## NUMBER 13-14-00739-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**IN THE INTEREST OF D.K., K.K. AND H.K., CHILDREN**

### On appeal from the 438th Judicial District Court
### of Bexar County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Dan Kay, perfected an appeal from a judgment entered by the 438th

Judicial District Court of Bexar County, Texas, in cause number 2011-CI-13484. [1]

Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

have settled all issues relating to this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
1st day of October, 2015.